07/21/08   09:19 FAX 212 255 5552      S.W. REALTY MGMT. INC.   → MARK LUBELSKY   ☑002

JUL 19 2008 07:43pm P002/003

Fax:

USDC SDNY
DOCUMENT
ELECTRONICALLY
DOC #: _____
DATE FILED: 7/23/08

THE CITY OF NEW YORK

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

DOUGLAS W. HEIM
*Assistant Corporation Counsel*
phone: (212) 788-1298
fax: (212) 788-9776
dheim@law.nyc.gov

RECEIVED

JUL 2 2 2008

CHAMBERS OF
RICHARD J. HOLWELL

July 19, 2008

**BY FAX: (212) 805-7948**
Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   Jeffrey Capers v. City of New York, et al., 08 Civ. 3681 (RJH)

Your Honor:

As the Assistant Corporation Counsel, representing defendants in the above-referenced action, I write to respectfully request an adjournment of the July 25, 2008 initial conference schedule for 10:00 a.m. until a later date and time convenient to the Court. I have conferred with plaintiff's counsel and he has consented to the extension and adjournment.

Defendants seek this adjournment because I am presently scheduled for trial before the Honorable Miriam Cedarbaum in the matter of Lajzer Grynsztajn v. City of New York, et al., 07 Civ. 6285 (MGC)(GWG) beginning on Wednesday, July 23, 2008. This office anticipates that the trial will last at least three days, through July 25, 2008. I apologize for any inconvenience to the Court. However, I was only placed on the trial team on July 16, 2008.

Should the Court be inclined to grant defendants' request, both parties are available in the afternoon of Friday, August 1, 2008, and all day on Monday, August 4, 2008, if such dates are convenient to the Court.

One previous adjournment requested by defendants at the outset of this matter, and granted by the Court. Accordingly, defendants respectfully request an adjournment of the July 25, 2008 conference until a date and time convenient to the Court.

07/21/08  09:20 FAX 212 255 5552        S.W. REALTY MGMT, INC.    → MARK LUBELSKY    ☑003
                                                          Fax:              Jul 19 2008 07:43pm  P003/003


Thank you for your consideration herein.


Respectfully submitted,

Douglas W. Heim
Assistant Corporation Counsel
Special Federal Litigation Division


cc:    Mark L. Lubelsky (By Fax: (212)-255-5552)
       Mark Lubelsky & Associates
       123 West 18th Street
       New York, NY 10011

*Conference adjourned to 9/4/08*

*So ORDERED*

*USDJ*

*7/22/08*


2