

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

DOUGLAS W. HEIM
*Assistant Corporation Counsel*
phone: (212) 788-1298
fax: (212) 788-9776
dheim@law.nyc.gov

July 19, 2008

**BY FAX: (212) 805-7948**
Honorable Richard J. Holwell
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08

RECEIVED
JUL 21 2008
CHAMBERS OF
RICHARD J. HOLWELL

Re:  Jeffrey Capers v. City of New York, et al., 08 Civ. 3681 (RJH)

Your Honor:

As the Assistant Corporation Counsel, representing defendants in the above-referenced action, I write to respectfully request an adjournment of the July 25, 2008 initial conference schedule for 10:00 a.m. until a later date and time convenient to the Court. I have conferred with plaintiff's counsel and he has consented to the extension and adjournment.

Defendants seek this adjournment because I am presently scheduled for trial before the Honorable Miriam Cedarbaum in the matter of Lajzer Grynsztajn v. City of New York, et al., 07 Civ. 6285 (MGC)(GWG) beginning on Wednesday, July 23, 2008. This office anticipates that the trial will last at least three days, through July 25, 2008. I apologize for any inconvenience to the Court. However, I was only placed on the trial team on July 16, 2008.

Should the Court be inclined to grant defendants' request, both parties are available in the afternoon of Friday, August 1, 2008, and all day on Monday, August 4, 2008, if such dates are convenient to the Court.

One previous adjournment requested by defendants at the outset of this matter, and granted by the Court. Accordingly, defendants respectfully request an adjournment of the July 25, 2008 conference until a date and time convenient to the Court.

Thank you for your consideration herein.

          Respectfully submitted,

          *[signature]*

          Douglas W. Heim
          Assistant Corporation Counsel
          Special Federal Litigation Division

cc:   Mark L. Lubelsky (By Fax: (212)-255-5552)
      Mark Lubelsky & Associates
      123 West 18th Street
      New York, NY 10011

*[Handwritten note:]* Conference adjourned to 9/04/08 at 10:00 AM

SO ORDERED

*[signature]*

USDJ
7/23/08