UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
JEFFERY CAPERS,                                                   :
                                                                  :
                              Plaintiff,                          :                **ORDER OF REFERENCE**
                                                                  :                **TO A MAGISTRATE JUDGE**
                   -against-                                      :
                                                                  :                08 Civ. 03681 (RJH) (HBP)
CITY of NEW YORK, et al ,                                         :
                                                                  :
                              Defendants.                         :
------------------------------------------------------------------:..
------------------------------------------                        X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___  General Pretrial (includes scheduling, discovery,        ___  Consent under 28 U.S.C. § 636(c) for all
non-dispositive pretrial motions, and settlement)            purposes (including trial)


___  Specific Non-Dispositive Motion/Dispute:*                ___  Consent under 28 U.S.C. § 636(c) for limited
                                                             purpose (e.g., dispositive motion, preliminary injunction)

_____                              Purpose:_____
_____

  If referral is for discovery disputes when the District Judge
is unavailable, the time period of the                        ___  Habeas Corpus
referral:_____


                                                              __   Social Security

_X_    Settlement*


                                                              ___  Dispositive Motion (i.e., motion requiring a
       Inquest After Default/Damages Hearing                 Report and Recommendation)
___

USDC SDNY                                                     Particular Motion:_____
DOCUMENT
ELECTRONICALLY FILED                                         _____
DOC #:_____
DATE FILED: 9/4/08                                           All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:       New York, New York
             September 03, 2008

                                                             _____
                                                             HON: Richard J. Holwell
                                                             United States District Judge