```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

JEFFERY CAPERS,

                                 Plaintiff,    JOINT PROPOSED
                                                       SCHEDULING ORDER

       -against-

                                                         08 Civ. 3681 (RJH)

THE CITY OF NEW YORK, POLICE OFFICER
STEPHEN BABIN,

                                 Defendants.

---------------------------------------------------------------- x

1. **Description of the Case.**

   a. **Attorneys of record for each party, including lead trial attorney:**

   For Plaintiff:    Mark L. Lubelsky, Esq.; David Gottlieb, Esq. 123 West 18th Street, Eighth Floor, New York, New York 10011. (212) 242-7480.

   For Defendants:    Douglas W. Heim, Assistant Corporation Counsel, New York City Law Department, 100 Church Street, New York, New York 10007. (212) 788-1298.

   b. **Basis for federal jurisdiction:**

   This action is brought under 42 U.S.C. § 1983 for the violation of the civil rights of the plaintiff. Defendants deny any violation of plaintiff's civil rights, but do not challenge the Court's jurisdiction over this matter.

   c. **Claims asserted in the complaint and any counterclaims:**

   Plaintiff claims that on March 16, 2007 he was falsely arrested/detained, subjected to excessive force, and assaulted and/or battered by defendant Officer Steven Babin. Plaintiff also claims that defendant City of New York failed to adequately train and supervise defendant Babin. Defendants have asserted no counterclaims.

   d. **Major legal and factual issues in the case:**

   - Whether defendant Officer Babin had probable cause to arrest plaintiff on March 16, 2007.

- Whether it was objectively reasonable for defendant Officer Babin to believe that the detention of plaintiff was justified by reasonable suspicion and/or probable cause.

- Whether defendant Officer Babin subjected plaintiff to excessive force on March 16, 2007.

- Whether it was objectively reasonable for defendant Officer Babin to believe that the force used in arresting plaintiff was justified.

- Whether the City of New York was deliberately indifferent and/or negligent in its training and supervision of defendant Officer Babin, and whether any such failure to train or supervise caused a violation of plaintiff's constitutional rights.

- Whether Officer Babin intentionally assaulted and/or battered plaintiff on March 16, 2007.

e. **Relief sought:** Plaintiff seeks compensatory damages, and reasonable attorneys' fees as against the City of New York as well as punitive damages as against defendant Officer Babin.

2. **Proposed Case Management Plan**

   a. **All pending motions:** None.

   b. **Date for joinder of additional parties:**   October 5, 2008

   c. **Date for amendments to pleadings:**   November 5, 2008

   d. **Schedule for completion of discovery, including:**

      i. **Date for Rule 26(a)(1) disclosures:** September 5, 2008

      ii. **Date for fact discovery completion:** February 27, 2009

      iii. **Date for Rule 26(a)(2) disclosures:** March 27, 2009

      iv. **Date for expert discovery completion:** April 27, 2009

         a. **Plaintiff's expert report due by:** March 27, 2009

         b. **Defendants' expert report due by:** April 27, 2009

   e. **Date for filing dispositive motions:** June 12, 2009

   f. **Date for filing a final pretrial order:** June 12, 2009 (unless a dispositive motion has been made)

g.  Proposed trial schedule, including:

   i.  Whether a jury trial is requested: The parties request a jury trial.

   ii. The probable length of the trial: Approximately 3-4 days.

   iii. When the case will be ready for trial: July 27, 2009, or 45 days following the Court's ruling on any dispositive motions.

3. Consent to Proceed Before a Magistrate Judge: At this time the parties do not consent to proceed for all purposes before a Magistrate Judge.

4. Status of Settlement Discussions:

   a. Whether any settlement discussions have occurred: Limited settlement discussions have taken place.

   b. The status of any settlement discussions: Defendants are awaiting an initial settlement demand from plaintiff.

   c. Whether the parties request a settlement conference: Yes.

Dated:     New York, New York
           September 3, 2008

*[Handwritten: 5. A status conference shall be held on Mar 6, 2009 at 10:00 a.m.]*

Mark L. Lubelsky, Esq.  
*Attorney for Plaintiff*  
123 West 18th Street  
Eighth Floor  
New York, New York 10013  
(212) 242-7480

By: _____  
    Mark L. Lubelsky

MICHAEL A. CARDOZO  
Corporation Counsel of the  
  City of New York  
Attorney for Defendants City and Babin  
  of New York  
100 Church Street, Room 3-213  
New York, New York 10007  
~~(212)~~ 788-1298

By: _____  
    Douglas W. Heim  
    Assistant Corporation Counsel

SO ORDERED:

_____  
HON. RICHARD J. HOLWELL  
UNITED STATES DISTRICT JUDGE

9/3/08

3